In the Matter of the Application of FREYDBERG BROS., INC., against LEWIS COREY, for a Stay of Arbitration of Certain Differences between LEWIS COREY and FREYDBERG BROS., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HILDA ROGERS v. JACQUES W. MALINIAC.— Motion for leave to appeal to the ·Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HENRY N. MOELLER, Individually, and as Surviving Executor, etc., of HENRY MOELLER, Deceased, and Others v. AMERICAN SURETY COMPANY OF NEW YORK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EDWARD J. KUECHLE v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

AFRICAN METALS CORPORATION and Others v. JOHN H. TEETER and Others, Impleaded with COURTLANDT D. BARNES and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 262 App. Div. 698.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

AGATINO RICCIARDI, as Administrator, etc., of JOHN RICCIARDI, Also Known as GIOVANNI RICCIARDI, Deceased, v. WILLIAM A. PINTARD and Another.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 812.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HAROLD ANDERSON v. N. V. TRANSANDINE HANDELMAATSCHAPPIJ and Others. THE STATE OF THE NETHERLANDS.— Motion ·for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 705.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (January 23, 1942.)

MARY A. SIEGRIST, Appellant, v. AMERICAN SUGAR REFINING Co., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY A. SIEGRIST, Appellant, v. AMERICAN LOCOMOTIVE COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRED BODENSTEIN and MARY BODENSTEIN, Respondents, v. HERMAN WIEBKE, Appellant.— Judgment unanimously affirmed,· with costs. No opinion. ·Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.